In the Matter of Alexa P. and Another, Infants. Ontario County Department of Social Services, Respondent; Jaime P., Appellant. [934 NYS2d 910]—

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Shawn A. [Milisa C.B.]*, 85 AD3d 1598 [2011], *lv denied* 17 NY3d 713 [2011]). Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.